# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL CONRAD & JULIE CONRAD  
610 CHRISTINE DRIVE  
MCHENRY, IL  60051  

Case Number: 04-72784  
SSN-xxx-xx-5344 & xxx-xx-0107

Case filed on: 5/27/2004  
Plan Confirmed on: 11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $61,296.14           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY STEVEN J BRODY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
|  | Total Legal | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 201 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL CONRAD | 0.00 | 0.00 | 1,661.15 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,661.15 | 0.00 |
| 001 | AMERIQUEST MORTGAGE COMPANY | 33,006.78 | 33,006.78 | 33,006.78 | 0.00 |
| 001 | AMERIQUEST MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MCHENRY COUNTY TREASURER | 3,139.99 | 3,139.99 | 3,139.99 | 0.00 |
| 003 | NUVELL CREDIT COMPANY LLC | 4,000.00 | 4,000.00 | 4,000.00 | 1,753.44 |
| 004 | NORTHERN MORAINE WASTEWATER | 1,422.14 | 1,422.14 | 1,422.14 | 0.00 |
|  | Total Secured | 41,568.91 | 41,568.91 | 41,568.91 | 1,753.44 |
| 003 | NUVELL CREDIT COMPANY LLC | 4,985.93 | 4,985.93 | 4,985.93 | 0.00 |
| 005 | CAPITAL ONE | 118.84 | 118.84 | 118.84 | 0.00 |
| 006 | HEIGHTS FINANCE CORP | 4,506.00 | 4,506.00 | 4,506.00 | 0.00 |
| 007 | MCHENRY COUNTY WELL AND PUMP CO | 583.20 | 583.20 | 583.20 | 0.00 |
| 008 | MUNDELEIN DENTAL CARE | 1,201.91 | 1,201.91 | 1,201.91 | 0.00 |
|  | Total Unsecured | 11,395.88 | 11,395.88 | 11,395.88 | 0.00 |
|  | Grand Total: | 54,064.79 | 54,064.79 | 55,725.94 | 1,753.44 |

Total Paid Claimant: $57,479.38  
Trustee Allowance: $3,816.76  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008         By  /s/Heather M. Fagan